UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIA M. SANCHEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting,<br>Commissioner of Social<br>Security,[1]<br><br>　　　　Defendant. | No.  CV-12-0511-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 22. Attorney Jeffrey Schwab represents Plaintiff; Special Assistant United States Attorney Jordan Goddard represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 7.  After considering the file, and proposed order,

**IT IS ORDERED:**

1. The parties Motion to Remand, **ECF No. 22,** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to F<small>ED</small>. R. C<small>IV</small>. P. 25(d) Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit.  42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge will consider Dr. Cunningham's opinion regarding Plaintiff's IQ score of 59 and diagnoses of learning disorder and cognitive disorder; address other medical source opinions in the file, *(i.e.*, Dr. Gustafson and Mr. Stemm), and assign weight to each opinion with the appropriate rationale; conduct a drug addiction and alcoholism evaluation; review additional evidence that was submitted at the Appeals Council level; and determine whether Plaintiff has any physical impairments. In the light of the above findings, the ALJ will complete the rest of the sequential evaluation process, including further consideration of the residual functional capacity finding and the relevance of SSR 82-59, and issue a new decision.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 18,** is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED May 22, 2013.


                S/ CYNTHIA IMBROGNO
             UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2