UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIA M. SANCHEZ,<br><br>      Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  NO.  CV-12-511-CI<br>)<br>)  **JUDGMENT IN A**<br>)  **CIVIL CASE**<br>)<br>)<br>) |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: May 22, 2013

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk